[No. 28334-8-III.   Division Three.   August 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R. LEE, SR. ET AL., *Respondents*, LANA T. FRAZIER-TURNER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-2-03868-7, Blaine G. Gibson, J., entered August 7, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28689-4-III.   Division Three.   August 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ETHEL PAULA QUIROZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-8-01352-8, Susan L. Hahn, J., entered December 16, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 28790-4-III.   Division Three.   August 11, 2011.]

JOANNE ALDERSON ET AL., *Appellants*, v. R. CRANE BERGDAHL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Columbia County, No. 09-2-00033-5, William D. Acey, J., entered January 25, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[Nos. 29235-5-III; 29332-7-III.   Division Three.   August 11, 2011.]

*In the Matter of the Marriage of* FRANCES J. BOGART, *Respondent*, and WARREN G. BOGART, *Appellant*.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 07-3-00187-0, John W. Lohrmann, J., entered July 7, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Siddoway, JJ.